UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIRIAM COLLYMORE,

                Plaintiff,          **ORDER**

        -against-          **03 CV 4416 (RJD) (LB)**

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, et al.,

                Defendants.
-----------------------------------------------------------X
MIRIAM COLLYMORE,

                Plaintiff,

        -against-          **05 CV 1844 (RJD) (LB)**

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, et al.,

                Defendants.
-----------------------------------------------------------X

DEARIE, District Judge.

By letter motions dated May 31, 2005 and June 16, 2004, defendant United States Secretary of Housing and Urban Development requested that the Court dismiss these cases. The Court referred the matter to Magistrate Judge Lois Bloom for Report and Recommendation. The Report and Recommendation was issued on August 25, 2005. No objections were filed.

The Court adopts Magistrate Judge Bloom's recommendation that the Court dismiss the complaints in their entirety, without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       September 27, 2005

                                                  s/ Judge Raymond J. Dearie
                                                  RAYMOND J. DEARIE
                                                  United States District Judge